May Term,
1829.

GAMBLE and Others *v.* CUMMINS, in Error.

ALCORN
v.
HARMONSON.

Wednesday,
May 13.

A. JUDGMENT, after being replevied by the execution of a replevin-bond, was assigned. *Held*, that payment by the debtor or his replevin-sureties to the original judgment-creditor, before notice of the assignment, was valid.